Morris and Essex R. R. Co. *v.* Newark Passenger Ry. Co.

MORRIS AND ESSEX RAILROAD COMPANY and DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, appellants,

*v.*

NEWARK PASSENGER RAILWAY COMPANY, respondents.

On appeal from an order of the chancellor, whose opinion is reported in *Morris and Essex Railroad Co. et al.* v. *Newark Passenger Railway Co., 6 Dick. Ch. Rep. 379.*

PER CURIAM.

Order affirmed, for the reasons given by the chancellor.

*For affirmance* — THE CHIEF-JUSTICE, ABBETT, DEPUE, DIXON, GARRISON, LIPPINCOTT, MAGIE, REED, VAN SYCKEL, BOGERT, BROWN, SIMS, SMITH—13.

*For reversal*—None.